IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01433-BNB

JIMMY JOSEPH VASQUEZ,

    Plaintiff,

v.

JEANNE DAVIS, Physician Assistant, In her Individual and Official Capacity,
NEUFELD ORVILLE, Physician Assistant, In his Individual and Official Capacity,
GABEL CHAMJOCK, Physician Assistant, In his Individual and Official Capacity,
MAYUIZICE FAUVEL, Physician Assistant, In his Individual and Official Capacity,
K. McKAY, Physician Assistant, In her Individual and Official Capacity,
JUDY FOLDER, Clinical Services App. Setter, In her Individual and Official Capacity,
PATRICIA FIX, Clinical Services App. Setter, In her Individual and Official Capacity,
PHIPPS RAMONA, Case Manager, In her Individual and Official Capacity,
MANTORANO, case Manager, In her Individual and Official Capacity,
PHYSICIAN HEALTH PARTNERS INC./CORRECTIONAL HEALTH PARTNERS IN PHP/CHP, In Individual and Official Capacities, and
JOHN AND JANE DOES, 1 through 25, In Their Individual and Official Capacities,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED July 21, 2014, at Denver, Colorado.

                                                BY THE COURT:

                                                *s/Craig B. Shaffer*
                                                United States Magistrate Judge