IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01433-CBS

JIMMY JOSEPH VASQUEZ,

    Plaintiff,

v.

JEANNE DAVIS, ET AL.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    JOSEPH P. SANCHEZ hereby enters his appearance as counsel for Defendants GABEL CHAMJOCK and KERI McKAY.

    Respectfully submitted this 28th day of August, 2014.

    */s/ Joseph P. Sanchez*
Joseph P. Sanchez
GORDON & REES LLP
555 17th Street, Suite 3400
Denver, CO  80202
Phone: 303.534.5160 | Fax: 303.534.5161
jsanchez@gordonrees.com

*Attorneys for Defendants Gabel Chamjock and Keri McKay*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2014, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification to the parties indicated below and that I deposited same in the U.S. mail, postage prepaid addressed to the *pro se* plaintiff addressed as noted below:

**By U. S. Mail, Postage Prepaid as Follows:**

Jimmy Vasquez, #49323
Sterling Correctional Facility
PO Box 6000
Sterling, CO  80751
*Pro Se Plaintiff*

s/ *Joseph P. Sanchez*
for Gordon & Rees LLP
