IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01433-CBS | Date: December 18, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

JIMMY JOSEPH VASQUEZ,   *Pro se*  (by telephone)
                        Elisabeth Owen

Plaintiff,

v.

JEANNE (I) DAVIS, *et al.*,   Christopher Alber
                              Joseph Sanchez

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in session: 08:41 a.m.**
Court calls case.  Appearances of counsel.

Mr. Vasquez is not present for the beginning of today's hearing as the prison did not have it scheduled for him to call in.  Ms. Owen has entered a limited appearance for purposes of the motions discussed in today's hearing.  This hearing comes before the Court in regards to MOTION [16] for Preliminary Injunction, MOTION [26] to Dismiss and MOTION [28] to Dismiss From Defendants Gabel Chamjock and Keri McKay.

**8:53 a.m.**     Mr. Vasquez is transferred into the courtroom.

**ORDERED:**     MOTION [26] to Dismiss and MOTION [28] to Dismiss From Defendants Gabel Chamjock and Keri McKay are **GRANTED** without prejudice from the bench.  Mr. Vasquez may file a motion for leave file a second amended complaint with a copy of the proposed second amended complaint attached, within 30 days of today's date **(January 17, 2015)**.  If the motion is granted, the case will go forward.  If Mr. Vasquez does not file the motion by January 17, 2015, the court will be forced to enter judgment.

Plaintiff's MOTION [16] for Preliminary Injunction is **DENIED.**

Ms. Owen requests that Mr. Vasquez be placed on the list for *Pro Bono* counsel and that she will represent him.  Magistrate Judge Shaffer's staff will make the appropriate notifications for the request.

HEARING CONCLUDED.

**Court in recess: 09:34 a.m.**
Total time in court: 00:53

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.