IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-01433-CBS

JIMMY JOSEPH VASQUEZ,
    Plaintiff,
v.

JEANNE DAVIS, in her individual capacity,
KATHLEEN MARTORANO, in her individual capacity,
KEITH MEEK, in his individual capacity,
BRIAN WEBSTER, in his individual capacity,
GATBEL CHAMJOCK, in his individual capacity,
KATHLEEN MELLOH, in her individual capacity,
MAURICE FAUVEL, in his individual and official capacities,
JOHN and/or JANE DOE(s), Clinical Services Administrators and Supervisors, in their official and individual capacities, and
RICK RAEMISCH, in his official capacity,
    Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

This matter comes before the court on Plaintiff's Motion for Leave to File Second Amended Complaint. On December 10, 2014, this case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (See Doc. # 40). On March 18, 2015, Defendants filed their response, indicating that they do not oppose the Motion. (*See* Doc. # 53). Accordingly, IT IS ORDERED that:

    1.    Plaintiff's Motion for Leave to File Second Amended Complaint (Doc # 52) filed on February 24, 2015 is GRANTED.

    2.    The proposed Second Amended Complaint (Doc. # 52-1) is accepted for filing as of the date of this Order.

Dated at Denver, Colorado this 18th day of March, 2015.

                    BY THE COURT:

                    s/ Craig B. Shaffer
                    United States Magistrate Judge