IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-01433-CBS

JIMMY JOSEPH VASQUEZ,
      Plaintiff,

v.

JEANNE DAVIS, in her individual capacity,
KATHLEEN MARTORANO, in her individual capacity,
KEITH MEEK, in his individual capacity,
BRIAN WEBSTER, in his individual capacity,
GATBEL CHAMJOCK, in his individual capacity,
KATHLEEN MELLOH, in her individual capacity,
MAURICE FAUVEL, in his individual and official capacities,
JOHN and/or JANE DOE(s), Clinical Services Administrators and Supervisors, in their official and
individual capacities, and
RICK RAEMISCH, in his official capacity,
      Defendants.

---

## ORDER

---

      This civil action comes before the court on Plaintiff's "Unopposed Motion to Suppress Requests for Summonses and Summonses (Doc. 63, 64, 65, 66, 67 & 68)."  The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

      IT IS ORDERED that Plaintiff's Motion (filed April 28, 2015) (Doc. # 70) is GRANTED.  The summons requests and summonses (Docs. # 63, # 64, # 65, # 66, # 67, and # 68) shall be restricted at Level 3.

      DATED at Denver, Colorado this 29th day of April, 2015.

BY THE COURT:


    _ s/ Craig B. Shaffer_____
    United States Magistrate Judge