# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01433-WJM-CBS

JIMMY JOSEPH VASQUEZ,
    Plaintiff,
v.

JEANNE DAVIS, in her individual capacity,
KATHLEEN MARTORANO, in her individual capacity,
KEITH MEEK, in his individual capacity,
BRIAN WEBSTER, in his individual capacity,
GATBEL CHAMJOCK, in his individual capacity,
KATHLEEN MELLOH, in her individual capacity,
MAURICE FAUVEL, in his individual capacity,
JOHN and/or JANE DOE(s), Clinical Services Administrators and Supervisors, in their official and individual capacities,
RICK RAEMISCH, in his individual and official capacities,
    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

This civil action comes before the court on Plaintiff's Motion for Leave to File Third Amended Complaint. The court having reviewed the Motion, Defendants' Response (Doc. # 111), the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

1. Plaintiff's Motion for Leave to File Third Amended Complaint (filed January 19, 2016) (Doc. # 109) is GRANTED.

2. The tendered Third Amended Complaint (Doc. # 109-1) is accepted for filing as of the date of this Order.

3. Defendants shall answer or otherwise respond to the Third Amended Complaint on or before March 1, 2016.

DATED at Denver, Colorado, this 16th day of February, 2016.

BY THE COURT:

  s/Craig B. Shaffer
United States Magistrate Judge