IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 14-cv-01433-WJM-CBS

JIMMY JOSEPH VASQUEZ,

    Plaintiff,

v.

JEANNE DAVIS, in her individual capacity,
KATHLEEN MARTORANO, in her individual capacity,
KEITH MEEK, in his individual capacity,
BRIAN WEBSTER, in his individual capacity,
GATBEL CHAMJOCK, in his individual capacity,
KATHLEEN MELLOH, in her individual capacity,
MAURICE FAUVEL, in his individual and official capacities,
JOHN and/or JANE DOE(s), Clinical Services Administrators and Supervisors, in their official and individual capacities, and
RICK RAEMISCH, in his official capacity,

    Defendants.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 26th of February, 2016

BY THE COURT:

William J. Martínez, Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendants